# EXHIBIT 4

**AGREEMENT**

This Agreement is made and entered into as of the 13th day of June, 2022, by and among **CP City Place Holdings, LLC**, a Florida limited liability company (the "Company"), **J & R Gator Investments, LLC**, a Georgia limited liability company ("J&R"), **Celebration Pointe Holdings, LLC**, a Florida limited liability company ("Celebration Pointe") and **Jon Guven**, an individual resident of the State of Georgia ("Guven").

WHEREAS, the Company has entered into that certain Purchase and Sale Agreement dated May 10, 2022, by and between the Company, as Seller, and BH Acquisition, LLC as Purchaser (the "Contract") for the sale and purchase of City Place Apartments (A-2 and A-3) (the "Property") for a Purchase Price of $68,500,000.00 ("Contract Purchase Price"), and;

WHEREAS, J&R, as a Member of the Company has previously provided its full consent to to allow Svein H. Dyrkolbotn, as Manager of the Manager of the Company, to make, execute and deliver in the name of and on behalf of this Company, under its corporate seal or otherwise, such agreements, documents or instruments deemed reasonable or necessary to list, sell and close on the Property, and

WHEREAS, the Company and J & R have agreed to the amounts due and the terms of payment for the proceeds at and in the event of the closing contemplated under the Contract, and

WHEREAS, in full settlement of any and all claims or disputes, at and in the event of closing of the Contract, J & R agrees to sell and relinquish all of its right, title and interest in and to its membership interest in the Company for $5,000,000.00 cash contemporaneous with the execution of this Agreement ("J&R Buyout") together with an agreement by Celebration Pointe Holdings, LLC and the Company to pay Guven at the option of the Company, a) if paid by October 13, 2022, $3,000,000.00 or otherwise b) $6,500,000.00 due not later than October 13, 2025 ("Guven Portion").

NOW THEREFORE, in consideration of the foregoing premises, Ten Dollars ($10.00) and the mutual agreements hereinafter set forth, the receipt and sufficiency of which are hereby acknowledged, the parties hereto hereby agree as follows:

1.      That Svein H. Dyrkolbotn, as Manager of SHD City Place, LLC, the Manager of the Company, be and is hereby authorized on behalf of the Company from time to time to enter into such agreements and execute such documents and instruments as may be needed to sell or otherwise convey the Property and to close the transaction pursuant to and contemplated under the Contract; and, in furtherance of and in connection with the foregoing, to make, execute and deliver in the name of and on behalf of this Company, under its corporate seal or otherwise, such agreements, documents or instruments deemed reasonable or necessary.

2.      J & R agrees to make, execute and deliver in the name of and on behalf of J & R, under its corporate seal or otherwise, such agreements, documents or instruments deemed reasonable or necessary to consent to and authorize the closing of the transaction contemplated under the Contract.

3,      That all actions heretofore taken by the officer or officers named herein in furtherance of the above on behalf of this Company and in the exercise of the authority and powers herein granted are hereby ratified, adopted and confirmed.

4.      Contemporaneous with the execution of this Agreement and as consideration for the mutual

promises set forth herein, the Company shall redeem or otherwise purchase and/or acquire the full and complete membership interest of J & R in the Company, for the J&R Buyout. In consideration of the payment of the J&R Buyout at closing, the Company and J&R agree to execute the Amendment attached hereto as Exhibit "A" in order to memorialize the transfer of the J&R membership interest to the Company.

5.      In addition to the J&R Buyout, as further consideration for the full settlement of any and all disputes amongst J& R and the Company, the Company, Celebration Pointe Holdings, LLC (an affiliate of the Company) and Guven agree that Celebration Pointe Holdings, LLC and the Company are jointly and severally responsible to pay to Guven as follows, at the option of the Company, a) if paid by October 13, 2022, $3,000,000.00 or otherwise b) $6,500,000.00 due not later than October 13, 2025. As security for the payment obligation set forth in this paragraph, ($3,000,000 or $6,500,000.00, as applicable), Svein H. Dyrkolbotn and Patricia A. Shively agree to provide personal guaranties in the form substantially as set forth in Exhibit "B" attached hereto.

6.      The parties to this Agreement acknowledge and agree that this document is prepared and intended to represent various promises and agreements in full settlement of any outstanding disputes and disagreements amongst the parties and upon full execution of all documentation contemplated under this Agreement, and excepting only such executory obligations in such documents, the parties shall then have no further obligations to the other.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK-
SIGNATURE PAGE TO FOLLOW]

**IN WITNESS WHEREOF**, the undersigned have hereunto set their hands this 13th day of June, 2022.

**CP CITY PLACE HOLDINGS, LLC,**
a Florida limited liability company
By: **SHD CITY PLACE, LLC,**
a Delaware limited liability company
its Manager

By: _____
Name: Svein H. Dyrkolbotn
Its:    Manager

**CELEBRATION POINTE HOLDINGS, LLC,**
a Florida limited liability company
By: **SHD – CELEBRATION POINTE, LLC**
a Florida limited liability company
its Manager

By: _____
Name: Svein H. Dyrkolbotn
Its:    Manager

**J & R GATOR INVESTMENTS, LLC,**
a Georgia limited liability company

By: _____
Name: Jon Guven
Its:    Manager

By: _____
Name: Roddy White
Its:    Manager

_____
**Jon Guven**, Individually

3979009-4 12831.0006000